JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-06911-ODW (MRWx) | Date | November 16, 2021 |
|---|---|---|---|
| Title | *Portia Mason v. Extra Space Storage Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, the Court ordered the parties to file, by November 15, 2021, a dismissal that complies with Federal Rule of Civil Procedure 41. (ECF No. 16.) The Court noted that "[f]ailure to comply with this Order may be deemed consent to dismissal of the action." Having received no response from any party to the Court's Order, this case is hereby **DISMISSED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE